AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOSETTA MUNROE <br><br> *Plaintiff(s)* <br><br> v. <br><br> HMC DENTAL, P.C., MARCIA SERRANO, GUSTAVO VELA, ANABEL URENA, JAMIE RANIERI, and JEFFREY G. REAGAN <br><br> *Defendant(s)* | Civil Action No. 24-cv-3489 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HMC Dental, P.C.
311 West 43rd St, Ste 405
New York, NY 10036

Marcia Serrano
7514 168th St
Fresh Meadows, NY 11366

Gustavo Vela
206 Nassau Blvd Apt 1
Garden City, NY 11530

Anabel Urena
808 Vincent Ave
Bronx, NY 10465

Jamie Ranieri
156 Franklin Pl
Roselle Park, NJ 07204

Jeffrey G. Reagan
311 West 43rd St, Suite 405
New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Cynthia Valera
*Signature of Clerk or Deputy Clerk*

Date: 05/14/2024